IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTHONY PARKS                                                                                           PLAINTIFF

v.                                        Civil No. 6:09-cv-06085

SGT. R.J. DUNN; CAPTAIN MELVIN
STEED; CPL. McCONNEL; DEPUTY
HOLLAND; DEPUTY LACY; and
NURSE MICHELLE REEVES                                                                       DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Anthony Parks, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on September 16, 2009. His complaint was filed *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

On May 9, 2011, I entered an order (ECF No. 22) granting the Defendants' motion to compel. Plaintiff was directed to provide the Defendants with discovery responses by May 31, 2011. On June 1, 2011, Defendants filed a motion to dismiss (ECF No. 23). In the motion, Defendants state they have not received the discovery responses from the Plaintiff. To date, Plaintiff has not responded to the motion to dismiss.

I therefore recommend that the Defendants' motion to dismiss (ECF No. 23) be granted. This case should be dismissed based on Plaintiff's failure to comply with the order of the Court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

      DATED this 20th day of June 2011.

                                              /s/ Barry A. Bryant
                                              HON. BARRY A. BRYANT
                                              UNITED STATES MAGISTRATE JUDGE

Case 6:09-cv-06085-RTD   Document 24    Filed 06/20/11   Page 2 of 2 PageID #: 56