IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTHONY PARKS                                                                  PLAINTIFF

    V.                              Civil No. 09-6085

SGT. R.J. DUNN, *ET AL.*                                                       DEFENDANTS

## O R D E R

On this 19th day of July 2011, there comes on for consideration the report and recommendation filed in this case on June 20, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 24). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (doc. 23) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge